JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARKEL D. PETTY,<br><br>    Petitioner,<br><br>  v.<br><br>ROBERT ANDREWS, LAURIE ANDREWS, and GRIFFIN CAPITAL (WESTMONT) INVESTOR 21, LLC,<br><br>    Respondents. | CV 15-9525 PA (KSx)<br><br>JUDGMENT |
| ROBERT ANDREWS, LAURIE ANDREWS, and GRIFFIN CAPITAL (WESTMONT) INVESTOR 21, LLC,<br><br>    Petitioners,<br><br>  v.<br><br>DIRECT CAPITAL SECURITIES, INC., MICHAEL VAN LYNCH, MARKEL D. PETTY, AND RAYMOND P. STOVALL, II,<br><br>    Respondents. | CV 15-9622 PA (KSx)<br><br>JUDGMENT |

Pursuant to the Court's June 17, 2016 Minute Order denying the Petition to Vacate Arbitration Award ("Petition to Vacate") filed by Markel Petty ("Petty") in Case No. CV

15-9525 PA (KSx), and granting the Petition to Confirm Arbitration Award ("Petition to Confirm") filed by Robert Andrews, Laurie Andrews, and Griffin Capital (Westmont) Investor 21, LLC (collectively the "Andrews Parties") in Case No. CV 15-9622 PA (KSx),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. The arbitration award (the "Award") issued by the Financial Industry Regulatory Authority ("FINRA") dispute resolution arbitration panel in the binding arbitration between the Andrews Parties and Petty, Michael Van Lynch ("Lynch"), and Raymond Stovall, II ("Stovall"), FINRA Case No. 14-00309, is confirmed in its entirety.

2. The Court enters JUDGMENT in favor of the Andrews Parties and against Petty, Lynch, and Stovall, in the amount of $245,200.00.

3. Petty, Lynch, and Stovall are jointly and severally liable for the amount of this Judgment.

4. The Andrews Parties are awarded their costs of suit.

DATED: June 17, 2016

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE